**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

**C.B.**;
**R.C.**;
**J.E.**;
**S.H.**;
**A.H.**;
**A.H.**;
**M.J.**;
**J.L.**;
**M.N.**;
**E.P.**;
**S.R.**;
**M.S.**;
**A.S.**;
**N.T.**;
**K.T.**;
**R.W.**;
**I.W.**; and
**J.W.**

Plaintiffs, individually and on behalf of all others similarly situated,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA**;
**JACOB HARRIS**, in his individual capacity;
**MICHAEL SLADE**, in his individual capacity; and
**SEAN SMITH**, in his official capacity as Sheriff of La Plata County;

Defendants.

---

**Notice of Related Cases**

---

Pursuant to D.C.Colo.LCivR 3.2, Plaintiffs, by and through counsel, hereby identify the following case pending in this or any other federal, state, or foreign jurisdiction that have "common facts and claims" and "have at least one party in common" or "are filed serially or collectively as a group by the same attorney or law firm." All cases, including this case, involve common defendants (1) Edward Aber, (2) The Board of County Commissioners of the County of La Plata,[1] (3) Jacob Harris, (4) Michael Slade, and (5) Sean Smith, as well as common claims under 42 U.S.C. § 1983 and Colo. Rev. Stat. § 13-21-131 arising from common facts:

*Hiehle et al., v. Aber, et al.*, D. Colo. No. 20-cv-2531

Respectfully submitted this 3rd day of September 2025.

---

[1] Although the *Hiehle* Complaint names "La Plata County, Colorado" as a defendant, the proper name for this defendant is "The Board of County Commissioners of the County of La Plata." Colo. Rev. Stat. § 30-11-105.

2

s/ Neil S. Sandhu
Felipe Bohnet-Gomez
Matthew Cron
Iris Halpern
Qusair Mohamedbhai
Siddhartha Rathod
Omeed M. Azmoudeh
Virginia Hill Butler
Neil Singh Sandhu
Katie Wiese Valiant
Crist Whitney
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100
(303) 578-4400
fbg@rmlawyers.com
mc@rmlawyers.com
ih@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
kw@rmlawyers.com
cw@rmlawyers.com

s/ John Baxter
John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Counsel for Plaintiffs*

3