AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| C.B; R.C; J.E; S.H; A.H; A.H; M.J; J.L; M.N; S.R;M.S; A.S; N.T; K.T; R.W; I.W; J.W; and E.P. Plaintiffs, in their individual capacities and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>EDWARD ABER, BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, JACOB HARRIS, MICHAEL SLADE, SEAN SMITH<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-cv-2763-RTG<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward Aber
1908 Eastlawn Ave, Durango, CO 81301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Siddhartha Rathod, Esq. Rathod Mohamedbhai LLC, 2701 Lawrence Street Suite 100 Denver, CO 80205, John Baxter, Esq. JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____9/4/2025_____    s/ E. Gutho
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Edward ABER**
was received by me on (date) **9/5/2025**.

☑ I personally served the summons on the individual at (place) **1908 EASTLAWN, Durango Colorado 81301**
on (date) **9/7/2025 at 1:50 p.m.**

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ **Invoiced** for travel and $ _____ for services, for a total of $ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **9-8-2025**

_Denise Wallace Gurule_
Server's signature

**Denise Wallace Gurule   9/8/25**
Printed name and title

**P.O. Box 2314, Durango, Co. 81302**
Server's address

Additional information regarding attempted service, etc: