IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02763-GPG-KAS

**C.B.;**
**R.C.;**
**J.E.;**
**S.H.;**
**A.H.;**
**A.H.;**
**M.J.;**
**J.L.;**
**M.N.;**
**E.P.;**
**S.R.;**
**M.S.;**
**A.S.;**
**N.T.;**
**K.T.;**
**R.W.;**
**I.W.**; and
**J.W.**

Plaintiffs, in their individual capacities and on behalf of all others similarly situated,

v.

**EDWARD ABER**, in his individual and official capacities as Jail Commander of the La Plata County Jail;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA**;
**JACOB HARRIS**, in his individual capacity;
**MICHAEL SLADE**, in his individual capacity; and
**SEAN SMITH**, in his official capacity as Sheriff of La Plata County;

Defendants.
_____

**NOTICE OF FILING OF UNOPPOSED MOTION TO CONSOLIDATE IN CIVIL ACTION NO. 25-CV-02531-KAS**
_____

PLEASE TAKE NOTICE that the Plaintiffs in Civil Action No. 25-cv-02763-GPG-KAS have filed an unopposed motion to consolidate their case with Civil Action No. 25-cv-02531-KAS.

1

*See* Civil Action No. 25-cv-02531-KAS, ECF 35. Pursuant to Local Rule 42.1, Plaintiffs filed the motion to consolidate in the lowest numbered case, Civil Action No. 25-cv-02531-KAS.

Respectfully submitted this 17th day of September 2025.

/s Katie Wiese Valiant
Katie Wiese Valiant
Siddhartha Rathod
Qusair Mohamedbhai
Felipe Bohnet-Gomez
Omeed M. Azmoudeh
Virginia Hill Butler
Neil Sandhu
kw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100

/s John Baxter
John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Counsel for Plaintiffs*