**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02763-GPG-KAS

**C.B., R.C., J.E, S.H., A.H., A.H., M.J., J.L., M.N., E.P.
S.R., M.S., A.S., N.T., K.T., R.W., I.W., and J.W.**

Plaintiffs, individually and on behalf of all others similarly situated,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;**
**JACOB HARRIS**, in his individual capacity;
**MICHAEL SLADE**, in his individual capacity; and
**SEAN SMITH**, in his official capacity as Sheriff of La Plata County;

Defendants.

---

**INTERESTED PARTIES' NOTICE OF FILING
MOTION TO CONSOLIDATE THIS CASE WITH
CASE NO. 25-cv-02531**

---

Interested Parties, Terrianne Paige Hiehle, Katrina Lile, and Kimberli Lashaway, through the undersigned counsel, hereby give notice to the Court that: 1) they are plaintiffs in civil action 25-cv-02531-KAS, which is pending in this Court; 2) in civil action 25-cv-02531-KAS, they have filed a motion to consolidate this case, 25-cv-02763-GPG-KAS, with case 25-cv-02531-KAS. Pursuant to D.C.COLO.LCivR Rule 42.1, the motion to consolidate shall be decided by the judge to whom the lowest number case is assigned.

DATED this 19th day of September, 2025.

1

Respectfully submitted,

*/s/ Philip G. Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Email: pgf@austinmehr.com

KEVIN MEHR
TYLER JOLLY
Mehr Jolly, PLLC
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904

JASON KOSLOSKI
Kosloski Law, PLLC
1401 Lawrence Street, Ste. 1600
Denver, CO 80202

*Attorneys for Interested Parties*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses for the recipients registered to receive service in this case, and that an email copy was sent to:

D.J. Goldfarb, Berg Hill Greenleaf Ruscitti at djg@bhgrlaw.com
Counsel for La Plata County, Colorado,
Lat Plata County Sheriff's Office,
Sean Smith, Jacob Harris, and Michael Slade

                                              *s/Philip G. Fairbanks*
                                              PHILIP G. FAIRBANKS